No. 7,381. — STATE BANK OF MOORE, Appellant, *v.* SCOTT WEAVER et al., Respondents.

Decided May 3, 1935.

PER CURIAM.—The parties hereto having settled the matters and things involved in this action, the appeal is dismissed pursuant to stipulation of counsel.

*Mr. Merle C. Groene,* for Appellant.

*Mr. H. O. Vralstad* and *Mr. C. W. Robison,* for Respondents.

No. 7,422.—STATE, Respondent, *v.* JOHN RUDMAN, Appellant.

Decided May 4, 1935.

PER CURIAM.—Motion to dismiss the appeal herein is granted and the appeal ordered dismissed, without prejudice, however, to an application for reinstatement thereof upon a proper showing.

*Mr. H. G. Jeffries,* for Appellant.

*Mr. Raymond T. Nagle,* Attorney General, for the State.